IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>VONGSAVAY VONGALAHA,<br>Defendant. | No. 1:24-PO-00025-SAB<br>ORDER OF RELEASE |

The above named defendant having been sentenced on July 13, 2026 to 3 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released July 13, 2026. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE